**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>IMPERATIVE CHEMICAL PARTNERS, INC.,<br><br>*Defendant.* | Case No. 7:24-CV-160 |

**PLAINTIFF/RELATOR'S DESIGNATION OF REBUTTAL EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), the Court's Scheduling Order, and an agreement between the Parties, Plaintiff/Relator Verity Investigations LLC ("Plaintiff/Relator" or "Verity") makes the following designation of rebuttal experts.

On April 22, 2026, Verity will serve on Defendant Imperative Chemical Partners, Inc. ("Defendant" or "Imperative") any rebuttal expert materials required by Rule 26(a)(2)(B).

Verity reserves the right to clarify, alter, amend, modify, or supplement the information contained in its designations and disclosures if and when additional information becomes available.

Verity provides these designations and disclosures subject to and without waiving any applicable privilege, doctrine, or right, including without limitation the attorney-client privilege, work-product protection, or any other applicable privilege or immunity recognized under the laws of the United States, the State of Texas, and all relevant jurisdictions. Furthermore, Verity makes these designations and disclosures without waiving any of its rights, including, but not limited to: (1) the right to object to the use of any disclosed information for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on proper grounds to any discovery request relating to the subject matter of these designations and disclosures.

The designations and disclosures are made subject to the above qualifications.

**A. Identification of Retained Rebuttal Expert Witnesses**

| Retained Rebuttal Expert Witness | Subject(s) of Expert Testimony |
| --- | --- |
| **David N. Fuller**<br>VALUE Inc.<br>250 Decker Dr<br>Suite 200<br>Irving, TX 75062<br>972-831-7900 | Mr. Fuller is expected to testify about the subjects outlined in his rebuttal report, which will be served separately on April 22, 2026. |
| **Ethan W. Smith, Esq.**<br>Starfield & Smith, P.C.<br>401 Plymouth Road, Suite 120<br>Plymouth Meeting, PA 19462<br>267-470-1186 | Mr. Smith is expected to testify about the subjects outlined in his rebuttal report, which will be served separately on April 22, 2026. |

**B. Identification of Non-Retained Rebuttal Expert Witnesses**

None.

**C. Additional Rebuttal Expert Witnesses**

Verity reserves the right to call, in further rebuttal, undesignated expert witnesses whose identities and testimony cannot reasonably be foreseen.

Verity further reserves the right to challenge any party's expert witnesses on any issue, including their qualifications, opinions, and the bases thereof.

Dated: April 22, 2026 Respectfully submitted,

*/s/ Shauli Bar-On*
Steven M. Shepard
Stephen Shackelford, Jr. (admitted *pro hac vice*)
Shauli Bar-On (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com
sshackelford@susmangodfrey.com
sbar-on@susmangodfrey.com

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I served the forgoing document on all counsel of record by filing it via CM/ECF.

*/s/ Shauli Bar-On*
Shauli Bar-On