**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,** | § | |
| | § | |
| **Plaintiff/Relator,** | § | |
| | § | |
| **v.** | § | **Case No. 7:24-cv-160-DC-RCG** |
| | § | |
| **IMPERATIVE CHEMCIAL PARTNERS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**UNITED STATES' NOTICE OF OPPOSITION TO DISMISSAL ON THE BASIS OF THE PUBLIC DISCLOSURE BAR**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(e)(4)(A), the United States notifies the Court that it opposes the dismissal of Relator Verity Investigations, LLC's Second Amended Complaint on the basis of the public disclosure bar.

On March 23, 2026, Defendants filed a First Amended Answer to Relator's Second Amended Complaint that based one of its affirmative defenses on their contention that prior public disclosures bar Relator from proceeding. See ECF 57, at 16, # 11.

The public disclosure provision in the False Claims Act provides that "[t]he court shall dismiss an action or claim under this section, ***unless opposed by the Government***, if substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed . . . ." 31 U.S.C. § 3730(e)(4)(A) (emphasis added). In other words, if the United States objects, as it does here, the Court may not dismiss the action on the ground of a prior public disclosure. *See United States GNGH2 Inc. v. XLD Century LLC*, No. 2:22-CV-05514-SB-PVC, 2024 WL 3455262, at *7 (C.D. Cal. May 8, 2024) ("Given the government's opposition [to dismissal based on public disclosure], the Court cannot dismiss the case on these grounds."); *United States ex rel.*

*Conroy v. Select Medical Corp*. 211 F.Supp.3d 1132, 1151 (S.D. Ind. Sept. 30, 2016) ("This built in condition means that the Court has no authority to dismiss a qui tam action on the basis of prior public disclosure…when the government asserts its opposition to dismissal."). Accordingly, Defendants' affirmative defense on the grounds of public disclosure bar should be denied.

The United States takes no position on any other portion of the Defendant's First Amended Answer to Relator's Second Amended Complaint.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

Dated: April 30, 2026

By: ERIN VAN DE WALLE Digitally signed by ERIN VAN DE WALLE Date: 2026.04.30 15:52:17 -05'00'

ERIN M. VAN DE WALLE
Assistant United States Attorney
Florida Bar No. 0099871
601 NW Loop 410 Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7300
Erin.Van.De.Walle@usdoj.gov

*Attorneys for the United States*

CERTIFICATE OF SERVICE

I certify that on April 30, 2026, I caused this Notice of Opposition to be served on counsel for all parties of record electronically via the Court's ECF system.

Erin M. Van De Walle
Erin M. Van De Walle
Assistant United States Attorney