**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *ex rel.* VERITY INVESTIGATIONS, LLC, <br><br>     *Plaintiff/Relator* <br><br>     v. <br><br> IMPERATIVE CHEMICAL PARTNERS, INC., <br><br> HASTINGS EQUITY PARTNERS, LLC <br><br>     *Defendants.* | Case No. 7: 24-CV-160 |

**STIPULATION FOR EXTENDING TIME TO RESPOND TO
THIRD AMENDED COMPLAINT**

Plaintiff and Relator United States of America, ex rel. Verity Investigations, LLC ("**Relator**") and Defendant Hastings Equity Partners, LLC ("**Hastings**") hereby stipulate and agree as follows.

WHEREAS on May 12, 2026, Relator filed the now operative Third Amended Complaint, joining Hastings to this proceeding. *See* Dkt. 70.

WHEREAS on May 13, 2026, counsel for Hastings executed and returned a Waiver of Service of Summons under FED. R. CIV. P. 4(d), making Hasting's responsive pleading due by July 13, 2026. *See* Dkt. 71.

WHEREAS on July 9, 2026, the Parties conferred on Hastings's deadline respond to the Third Amended Complaint and agreed that Hasting's deadline to answer the Third Amended Complaint [Dkt. 70], or otherwise plead, would be extended from July 13, 2026 to July 17, 2026.

WHEREAS extending the deadline to respond to the First Amended Complaint will not alter the dates of any events or deadlines already fixed by Court order.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Relator and Hastings, that Hastings shall have until **July 17, 2026**, to file responsive pleadings to the Third Amended Complaint.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

By: _/s/ C. Larry Carbo, III_
    C. Larry Carbo, III
    Texas Bar No. 24031916
    larry.carbo@chamberlainlaw.com
    Lincoln Chen (admission forthcoming)
    Texas Bar No: 24100148
    lincoln.chen@chamberlainlaw.com
    John Paul Gossett (admission forthcoming)
    Texas Bar No. 24150594
    paul.gossett@chamberlainlaw.com
    1200 Smith Street, Suite 1400
    Houston, Texas  77002
    Tel: (713) 658-1818
    Fax: (713) 658-2553

**Attorneys for Defendant**
**Hastings Equity Partners, LLC**

SUSMAN GODFREY L.L.P.

By: _/s/ Shauli Bar-On_ (with permission)
    Steven M. Shepard
    Steven Shackelford, Jr. (admitted
    pro hac vice)
    Shauli Bar-On (admitted pro hac vice)
    One Manhattan West, 50th Floor
    New York, NY 10001
    Telephone: (212) 336-8330
    Facsimile: (212) 336-8340
    sshepard@susmangodfrey.com
    sshackelford@susmangodfrey.com
    sbar-on@susmangodfrey.com

**Attorneys for Relator**
**Verity Investigations, LLC**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, a true and correct copy of the foregoing was served upon all known parties in accordance with the Federal Rules of Civil Procedure.

/s/ C. Larry Carbo, III
C. Larry Carbo, III

3