**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>IMPERATIVE CHEMICAL PARTNERS, INC. and HASTINGS EQUITY PARTNERS, LLC<br><br>*Defendants*. | Case No. 7:24-cv-160 |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff/Relator Verity Investigations, LLC, Defendant Imperative Chemical Partners, Inc., and Defendant Hastings Equity Partners, LLC (collectively the "parties") jointly move to modify the operative Scheduling Order and corresponding Pretrial Conference and Trial Dates (Docs. 74–76). The parties' agreed-upon schedule is set forth in the Proposed Order.

Dated: September 10, 2026

Respectfully submitted,

By: */s/ James L. Sowder (signed with permission)*

**James L. Sowder**
TX Bar No. 18863900 jsowder@thompsoncoe.com
**Jared Starr**
TX Bar No. 24122088
jstarr@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, LLP**
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

*Attorneys for Defendant Imperative Chemical Partners, Inc.*

By: */s/ C. Larry Carbo, III (signed with permission)*

**C. Larry Carbo, III**
TX Bar No. 24031916
larry.carbo@chamberlainlaw.com
**Lincoln Chen**
TX Bar No: 24100148

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C**
1200 Smith Street, Suite 1400 Houston,
Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

*Attorney for Defendant Hastings Equity Partners, LLC*

By: */s/ Shauli Bar-On*

**Steven M. Shepard**
NY Bar No. 5291232
sshepard@susmangodfrey.com
**Stephen Shackelford, Jr.** (*pro hac vice*)
TX Bar No. 24062998
sshackelford@susmangodfrey.com
**Shauli Bar-On** (*pro hac vice*)
NY Bar No. 6083612
sbar-on@susmangodfrey.com

**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 10, 2026 a copy of this Motion and the accompanying Proposed Order were served via CM/ECF on all counsel of record.

/s/ *Shauli Bar-On*
Shauli Bar-On