UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

UNITED STATES OF AMERICA,

*ex rel.* VERITY INVESTIGATIONS, LLC,

*Plaintiff/Relator*,

v.

IMPERATIVE CHEMICAL PARTNERS, INC. and HASTINGS EQUITY PARTNERS, LLC,

*Defendants.*

Case No. 7:24-CV-160

**AMENDED SCHEDULING ORDER**

BEFORE THE COURT is the Parties' Joint Motion to Amend Scheduling Order (Doc. 92) filed September 10, 2026. The Court GRANTS the Parties' Motion. Accordingly, the Court's Scheduling Order is AMENDED as follows:

**The parties are ORDERED to mediate no later than thirty (30) days after the dispositive motion deadline. Within five (5) days of the mediation, the mediator must file a notice of the outcome.**

**This Order amends Local Rule CV-88, which requires mediation to occur at least thirty (30) days before the final pretrial conference. The Court issues this Order under its authority granted by Local Rule CV-1.**

1. Verity Investigations, LLC shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B), including written reports, by **October 30, 2026**.

2. Hastings Equity Partners, LLC shall file its designations of rebuttal experts by **December 4, 2026**.

3. Hastings Equity Partners, LLC shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B), including written reports, by **December 11, 2026.**

4. Verity Investigations, LLC shall file its designations of rebuttal experts by **January 15, 2027**.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all fact discovery on or before **January 8, 2027.** The parties shall complete all expert discovery by **February 12, 2027.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed not later than **March 5, 2027.** Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e).

8. The Final Pretrial Hearing is RESET to July 15, 2027, at 10:00 A.M.

9. Jury Selection/Trial is RESET to August 2, 2027, at 8:00 A.M.

**SIGNED** this 10th day of September, 2026.

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**